# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC** | |
| Plaintiff, | **Civil Action No. 2:08-cv-00471 TJW/CE** |
| v. | |
| **MERRILL LYNCH & CO., INC., et al.,** | |
| Defendants. | |

### UNOPPOSED MOTION TO CONTINUE DATE FOR DEFENDANTS FIDELITY INVESTMENTS, INC., FMR LLC AND FMR CORP. TO RESPOND TO COMPLAINT

Defendants Fidelity Investments, Inc., FMR LLC and FMR Corp. ("Fidelity Defendants") respectfully request an extension of time to answer or otherwise respond to Plaintiff TQP Development, LLC's complaint.

The Fidelity Defendants' responses are currently due Thursday, April 30, 2009, and they request an extension up to and including May 14, 2009, by which to file their answer or other response. The Plaintiff, TQP Development LLC, does not oppose the relief requested in this motion.

Dated: April 30, 2009                          Respectfully submitted,

                                                               **FISH & RICHARDSON, P.C.**

                                                               By: ___*/s/ R. Ritch Roberts*_____
                                                                    R. Ritch Roberts
                                                                    State Bar No. 24041794
                                                                    Fish & Richardson P.C.
                                                                    1717 Main Street, Suite 5000
                                                                    Dallas, TX  75201
                                                                    Tel: 214-747-5070
                                                                    Fax: 214-747-2091

*Of Counsel:*

Alan D. Smith
Whitney Fellberg
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110
Tel: 617-542-5070
Fax: 617-542-8906
**Attorneys for Fidelity Investments, FMR LLC, FMR Corp.**

## CERTIFICATE OF CONFERENCE

Counsel for Fidelity Investments, Inc., FMR LLC and FMR Corp. in the above captioned matter, states (1) that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and (2) the foregoing motion is unopposed.

Dated:  April 30, 2009

                                                 _/s/_R. Ritch Roberts_____
                                                 R. Ritch Roberts

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 30, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

  /s/   R. Ritch Roberts
R. Ritch Roberts