UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 2:08-CV-471 TJW |
| | § | |
| MERRILL LYNCH & CO., INC., et al., | § | |
| | § | |
| Defendants. | § | |

### STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TQP Development, LLC ("TQP") and Defendants International Bancshares Corporation, IBC Subsidiary Corporation, and International Bank of Commerce, Laredo, Texas (sued as International Bank of Commerce) hereby move for an order dismissing TQP's claims in this action against Defendants International Bancshares Corporation, IBC Subsidiary Corporation, and International Bank of Commerce, Laredo, Texas (improperly sued as International Bank of Commerce) (collectively, "IBC Defendants") without prejudice, subject to the representations made by the IBC Defendants in that affidavit dated April 30, 2009, with each party to bear its own costs, expenses, and attorneys' fees.  TQP has not previously dismissed any federal- or state-court action based on or including the same claim against the IBC Defendants.

2557268.2

Dated:  May 8, 2009

**IBC DEFENDANTS**

By: /s/ C. David Kinder_____
C. David Kinder, Attorney-in-Charge
State Bar No. 11432550
dkinder@coxsmith.com
Courtenay B. Allen, *pro hac vice*
State Bar No. 24001638
cballen@coxsmith.com
Marissa D. Helm
State Bar No. 24046273
mhelm@coxsmith.com
COX SMITH MATTHEWS
INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (fax)

Attorneys for Defendants
International Bancshares Corporation,
IBC Subsidiary Corporation, and
International Bank of Commerce,
Laredo, Texas

Respectfully submitted,

**TQP DEVELOPMENT, LLC**

By: /s/_ Mark A. Fenster_____
Marc A. Fenster
CA Bar No. 181067
mfenster@raklaw.com
Robert E. Satterthwaite
CA Bar No. 223767
rsatterthwaite@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
(310) 826-7474
(310) 826-6991 (fax)

Harold Kip Glasscock, Jr.
State Bar No. 08011000 – Lead Counsel
KIP GLASSCOCK, P.C.
550 Fannin, Suite 1350
Beaumont, Texas  77701
(409) 833-8822
(409) 838-4666 (fax)

John J. Edmonds
State Bar No. 789758
johnedmonds@edmondslegal.com
THE EDMONDS LAW FIRM, PC
709 Sabine Street
Houston, Texas  77007
(713) 858-3320
(832) 415-2535

Attorneys for Plaintiff
TQP Development, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 8th day of May, 2009.  As such, this motion was served on all counsel who have consented to electronic service.  Any other counsel of record will be served by first class mail on this same date.

/s/ C. David Kinder_____
C. David Kinder

2557268.2