**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TQP DEVELOPMENT, LLC** | |
| Plaintiff, | |
| **v.** | **Civil Action No. 2:08-cv-00471** |
| | **TJW/CE** |
| **MERRILL LYNCH & CO., INC., et al.,** | |
| Defendants. | |

**JOINT MOTION TO DISMISS DEFENDANTS FIDELITY
INVESTMENTS, INC., FMR LLC, AND FMR CORPORATION
WITHOUT PREJUDICE**

Plaintiff TQP Development, LLC moves this Court pursuant to Fed.R.Civ.P. 41(a)(1) to dismiss all claims in the captioned action against Defendants Fidelity Investments, Inc., FMR LLC, and FMR Corporation without prejudice subject to those representations made by Fidelity Investments, Inc., FMR LLC, and FMR Corporation in that Affidavit dated May 14, 2009. Fidelity Investments, Inc., FMR LLC, and FMR Corporation do not oppose this motion. Each party has agreed that they shall bear their own costs.

Respectfully submitted this 15th day of May, 2009.

| **TQP Development LLC** | **Fidelity Investments, Inc.,** |
| | **FMR LLC, and FMR Corp.** |
| By its attorneys, | By their attorneys, |

| */s/ K. Glasscock w/perm R. Roberts* | */s/ R. Ritch Roberts III* |
| Kip Glasscock – LEAD COUNSEL | R. Ritch Roberts III |
| Texas Bar No. 08011000 | State Bar No. TX24041794 |
| Kip Glasscock, P.C. | Fish & Richardson P.C. |
| 550 Fannin, Suite 1350 | 1717 Main Street, Suite 5000 |
| Beaumont, TX  77701 | Dallas, TX  75201 |
| (409) 833-8822 – Telephone | (214) 747-5070 – Telephone |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 15, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ R. Ritch Roberts III*
R. Ritch Roberts III