UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:08-CV-471-WCB |
| MERRILL LYNCH & CO., INC., et al., | § § | |
| Defendants. | § § § § | |

## **ORDER**

Before the Court is a letter brief from TD Ameritrade Holding Corp. and TD Ameritrade, Inc., requesting leave to file a motion for summary judgment of non-infringement (Dkt. No. 468). The Court GRANTS the request.

It is so ORDERED.

SIGNED this 26th day of April, 2012.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE