UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 2:08-CV-471-WCB |
| MERRILL LYNCH & CO., INC., et al., | § § § | |
| Defendants. | § § § § | |

## ORDER

Before the Court are letter briefs from TD Ameritrade Holding Corp. and TD Ameritrade, Inc. requesting leave to file a motion for summary judgment of non-infringement (Dkt. No. 470) and a Daubert motion (Dkt. No. 471), and an unopposed Motion to Unseal TD Ameritrade's Motion for Summary Judgment of Invalidity Based on 35 U.S.C. § 103 (Dkt. No. 473). The Court GRANTS the requests and the motion.

It is so ORDERED.

SIGNED this 27th day of April, 2012.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE