# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC., | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:08-CV-471-WCB |
| MERRILL LYNCH & CO., INC., et al., | § | |
| Defendants. | § | |

## ORDER

Having considered the Motion of TQP Development, LLC, for Leave to Serve Amended Infringement Contentions (Dkt. No. 485), the Court GRANTS the motion.

It is so ORDERED.

SIGNED this 14th day of May, 2012.

_/s/ William C. Bryson_
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE