**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:08-CV-471-WCB |
| MERRILL LYNCH & CO., INC., et al., | § § § | |
| Defendants. | § § § | |

## <u>ORDER</u>

Having considered the Motion of TQP Development, LLC, for Leave to File its Response to Defendants' Motion for Summary Judgment of Noninfringement Based on Lack of Claimed Providing Step (Dkt. No. 546), the Court GRANTS the motion.

It is so ORDERED.

SIGNED this 10th day of July, 2012.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE