UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MERRILL LYNCH & CO., INC., et al., § <br> § <br> Defendants. § <br> § <br> § | Case No. 2:08-CV-471-WCB |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendants' Motion for Expedited Briefing on its Motion for Sanctions and Jury Instructions Corresponding to the Court's Rulings on Motions for Dismissal and Summary Judgment (Dkt. No. 564). The Court GRANTS Defendants' motion AS MODIFIED: Plaintiff shall file a response by 4:00 pm Central Daylight Time, Tuesday, July 24, 2012.

The Court will hear argument on Defendants' motion immediately following the Pretrial Conference.

It is so ORDERED.

SIGNED this 19th day of July, 2012.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE