**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQP DEVELOPMENT, LLC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MERRILL LYNCH & CO., INC., et al., § <br> § <br> Defendants. § <br> § | Case No. 2:08-CV-471-WCB |

**ORDER**

The parties having expressed no objection at the hearing on July 26, 2012, to the unsealing of the following orders, the Court directs the unsealing of:

(1) Memorandum Opinion and Order denying Defendants' Motion to Dismiss for Unclean Hands (Dkt. No. 561); and

(2) Memorandum Opinion and Order denying Defendants' Motion for Summary Judgment of Invalidity Based on On-Sale Bar, Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 103, and Plaintiff's Motion for Partial Summary Judgment that the RC4 Encryption Algorithm is not Prior Art Under 35 U.S.C. § 102(b) (Dkt. No. 562).

It is so ORDERED.

SIGNED this 28th day of August, 2012.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE