UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 2:08-CV-471-WCB |
| MERRILL LYNCH & CO., INC., et al., | § § | |
| Defendants. | § § § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is TQP Development, LLC, and TD Ameritrade Holding Corp. and TD Ameritrade, Inc.'s, Stipulated Motion for Dismissal with Prejudice (Dkt. No. 600). The Court GRANTS the motion and orders that (1) all claims and counterclaims asserted in this suit are dismissed with prejudice and (2) all attorneys' fees and costs are to be borne by the party that incurred them.

It is so ORDERED.

SIGNED this 28th day of August, 2012.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE